**FILED**
CLERK, U.S. DISTRICT COURT

12/16/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ RYO _____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

October 2025 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>             v.<br><br>PEDRO GARCIA,<br> aka "Maniac," and<br>GABRIELA CAHUANTIZI,<br><br>             Defendants. | CR 2:25-cr-01006-PA<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(A)(viii), (b)(1)(A)(vi),<br>(b)(1)(C): Possession with Intent<br>to Distribute Methamphetamine,<br>Fentanyl, and Heroin; 21 U.S.C.<br>§ 860a: Possession With Intent to<br>Distribute Methamphetamine on<br>Premises Where Minor Resides;<br>18 U.S.C. § 924(c)(1)(A)(i):<br>Possession of Firearm in<br>Furtherance of Drug Trafficking<br>Crimes; 18 U.S.C. § 922(g)(1):<br>Felon in Possession of a Firearm<br>and Ammunition; 18 U.S.C.<br>§ 924(d)(1), 21 U.S.C. § 853,<br>28 U.S.C. § 2461(c): Criminal<br>Forfeiture] |

The Grand Jury charges:

COUNT ONE

[ALL DEFENDANTS]

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii); 18 U.S.C. § 2(a)]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendants PEDRO GARCIA, also known as

"Maniac," and GABRIELA CAHUANTIZI, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 50 grams, that is, approximately 2.6 kilograms, of methamphetamine, a Schedule II controlled substance.

COUNT TWO

[ALL DEFENDANTS]

[21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi); 18 U.S.C. § 2(a)]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendants PEDRO GARCIA, also known as "Maniac," and GABRIELA CAHUANTIZI, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute at least 100 grams, that is, approximately 461 grams, of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide ("fentanyl"), a Schedule II narcotic drug controlled substance.

3

COUNT THREE

[ALL DEFENDANTS]

[21 U.S.C. §§ 841(a)(1), (b)(1)(C); 18 U.S.C. § 2(a)]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendants PEDRO GARCIA, also known as "Maniac," and GABRIELA CAHUANTIZI, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute heroin, a Schedule I narcotic drug controlled substance.

4

COUNT FOUR

[21 U.S.C. § 860a]

[ALL DEFENDANTS]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendants PEDRO GARCIA, also known as "Maniac," and GABRIELA CAHUANTIZI, each aiding and abetting the other, knowingly and intentionally possessed with intent to distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count One of this Indictment, on premises which, at the time, an individual who was under the age of 18 years resided.

5

COUNT FIVE

[DEFENDANT GARCIA]

[18 U.S.C. § 924(c)(1)(A)(i)]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendant PEDRO GARCIA, also known as "Maniac," knowingly possessed a firearm, namely, a Browning, model CZ83 9mm pistol, bearing serial number 28772, in furtherance of drug trafficking crimes, namely, Possession With Intent to Distribute Methamphetamine, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii), as charged in Count One of this Indictment, Possession With Intent to Distribute Fentanyl, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B)(vi), as charged in Count Two of this Indictment, and Possession With Intent to Distribute Heroin, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), as charged in Count Three of this Indictment.

6

COUNT SIX

[DEFENDANT GARCIA]

[18 U.S.C. § 922(g)(1)]

On or about June 25, 2021, in Ventura County, within the Central District of California, defendant PEDRO GARCIA, also known as "Maniac," knowingly possessed a firearm, namely, a Browning, model CZ83 9mm pistol, bearing serial number 28772, and ammunition, namely, three rounds of .380 caliber ammunition, marked with the headstamp "WIN 380 AUTO," six rounds of .22 caliber ammunition, marked with the headstamp "C," seventy-three rounds of .380 caliber ammunition, marked with the headstamp "G.F.L. 380 AUTO," six rounds of 7.62 NATO caliber ammunition, marked with the headstamp "WRA 66," two rounds of .38 S&W caliber ammunition, marked with the headstamp "REM-UMC 38 S&W," and fifteen rounds of 7.62x39 caliber ammunition, marked with the headstamp "WOLF 7.62x39," in and affecting interstate and foreign commerce.

Defendant GARCIA possessed such firearm and ammunition knowing that he had previously been convicted of at least one of the following felony crimes, each punishable by a term of imprisonment exceeding one year:

1.    Assault with a Deadly Weapon, in violation of California Penal Code Section 245(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2014012343, on or about August 4, 2014;

2.    Possession of Firearm with Violence by a Felon, in violation of California Penal Code 29900(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2016011103, on or about October 26, 2016;

7

3.    Own/Possess/Control Firearm by Felon or Addict, in violation of California Penal Code 29800(a)(1), in the Superior Court of the State of California, County of Ventura, Case Number 2016027547, on or about October 26, 2016;

4.    Carrying a Loaded Firearm, in violation of California Penal Code Section 25850(a), in the Superior Court of the State of California, County of Ventura, Case Number 2016027547, on or about October 26, 2016;

5.    Possession of a Controlled Substance, in violation of California Health and Safety Code Section 11370.1(a), in the Superior Court of the State of California, County of Ventura, Case Number 2016027547, on or about October 26, 2016; and

6.    Evading an Officer with Willful Disregard in violation of California Vehicle Code Section 2800.2(a), in the Superior Court of the State of California, County of Ventura, Case Number 2016027547, on or about October 26, 2016.

FORFEITURE ALLEGATION ONE

[21 U.S.C. § 853; 18 U.S.C. § 924; 28 U.S.C. § 2461(c)]

1.   Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924, and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts One through Three of this Indictment.

2.   Any defendant so convicted shall forfeit to the United States of America the following:

(a)  All right, title and interest in any and all property, real or personal, constituting or derived from, any proceeds which the defendant obtained, directly or indirectly, from any such offense;

(b)  All right, title and interest in any and all property, real or personal, used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of any such offense;

(c)  All right, title, and interest in any firearm or ammunition involved in or used in any such offense; and

(d)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraphs (a), (b), and (c).

3.   Pursuant to Title 21, United States Code, Section 853(p), any defendant so convicted, shall forfeit substitute property if, by any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof: (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold

to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

FORFEITURE ALLEGATION TWO

[18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c)]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), in the event of any defendant's conviction of the offenses set forth in any of Counts Four or Five of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

(a)  All right, title, and interest in any firearm or ammunition involved in or used in such offense; and

(b)  To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph (a).

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been

///

placed beyond the jurisdiction of the court; (d) has been substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

A TRUE BILL

/S/
Foreperson

TODD BLANCHE
Deputy Attorney General

BILAL A. ESSAYLI
First Assistant United States
Attorney

ALEXANDER B. SCHWAB
Assistant United States Attorney
Acting Chief, Criminal Division

FRANCES S. LEWIS
Assistant United States Attorney
Chief, General Crimes Section

SHAWN T. ANDREWS
Assistant United States Attorney
Deputy Chief, General Crimes
Section

MIRELLE RAZA
Assistant United States Attorney
General Crimes Section

2